UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: LaTerrence C Riley
Debtors

PNC Bank, National Association,
Movant,
v.

LaTerrence C Riley,
Respondent/Debtors,
and
Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee,
Additional Respondent.

CHAPTER 13

BANKRUPTCY CASE NUMBER
26-12497-pmm

**OBJECTION OF PNC BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

PNC Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1. On or about June 10, 2026, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Movant holds an allowed claim, secured only by Debtor's principal residence located at 5707 Cavalier Court, Bensalem, PA 19020.

3. On or about August 10, 2026, Movant filed a Proof of Claim citing arrears in the amount of $5,463.37, and a total claim in the amount of $173,651.67.

4. Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $3,400.00 to be paid to the Trustee through the Plan.

5. The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6. The Plan fails to comply with 11 U.S.C. § 1322.

7. The Plan fails to comply with 11 U.S.C. § 1325.

8. The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, PNC Bank, National Association respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

Dated: September 18, 2026

LLG File #:26-073939

BY: /s/ William E. Miller
William E. Miller
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #308951
wmiller@logs.com
pabk@logs.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: LaTerrence C Riley
Debtors.

PNC Bank, National Association,
Movant,
v.

LaTerrence C Riley,
Debtors/Respondent,
and
Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee,
Additional Respondent.

CHAPTER 13

BANKRUPTCY CASE NUMBER
26-12497-pmm

**CERTIFICATE OF SERVICE**

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of PNC Bank, National Association's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on September 18, 2026:

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Sent via electronic notification brad@sadeklaw.com

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Sent via electronic notification ecfemails@ph13trustee.com

/s/ William E. Miller
William E. Miller
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800

LLG File #:26-073939